IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE KYROS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3041 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH AMERICAN BIOPRODUCTS CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to extend deadline, filing no. 16, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to May 1, 2009.

DATED this 22nd day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge