IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE KYROS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3041 |
| | ) | |
| v. | ) | |
| | ) | |
| NORTH AMERICAN | ) | **JUDGMENT** |
| BIOPRODUCTS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' Joint Motion and Stipulation to Dismiss the Lawsuit With Prejudice (filing 42) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action, including Plaintiff's complaint and Defendant's counterclaims, is dismissed with prejudice, each party to pay its own attorney fees and costs.

DATED this 7th day of January, 2010.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge